JONAS M. KISTLER v. ANDREW JOHNSON and Another.[1]

June 20, 1902.

Nos. 12,882—(150).

**Verdict Sustained by Evidence.**

Appeal by defendant Backus-Brooks Company from an order of the municipal court of Minneapolis, Holt, J., denying a motion for a new trial. Affirmed.

- *Trafford N. Jayne,* for appellant.

*Welch, Hayne & Hubachek,* for respondent.

PER CURIAM.·

This action was brought to recover compensation for medical services performed by the plaintiff, alleged to have been at the special instance and request of defendant. The allegations of the complaint were denied, and a verdict was returned for plaintiff.

[1] Reported in 90 N. W. 1133.

The evidence supports the verdict, and the various assignments of error in most respects refer to immaterial and collateral matters and do not warrant consideration. We find no reversible error.

Order affirmed.